UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BOHN, CAMERON POND, and DESTINEE SANDERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY CO.; FPI MANAGEMENT, INC.; MID-AMERICA APARTMENT COMMUNITIES, INC.; AVENUE5 RESIDENTIAL, LLC; EQUITY RESIDENTIAL; CAMDEN PROPERTY TRUST; ESSEX PROPERTY TRUST, INC.; THRIVE COMMUNITIES MANAGEMENT, LLC; SECURITY PROPERTIES INC.; B/T WASHINGTON, LLC d/b/a BLANTON TURNER; and INDEPENDENCE REALTY TRUST, INC.,<br><br>Defendants. | No. 2:22-cv-01743<br><br>STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT |

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs Christopher Bohn, Cameron Pond, and Destinee Sanders (collectively, "Plaintiffs") and Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., FPI Management, Inc., Mid-America Apartment Communities, Inc., Avenue5 Residential, LLC, Equity Residential, Camden Property Trust, Essex Property Trust, Inc., Thrive Communities Management, LLC, Security Properties Inc., B/T Washington, LLC d/b/a Blanton Turner, and Independence Realty

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO
RESPOND TO COMPLAINT
No. 2:22-cv-01743
1

Trust, Inc. (collectively, the "Stipulating Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint (the "Complaint") on December 9, 2022. ECF No. 1.

WHEREAS, Plaintiffs served the Stipulating Defendants with process on or about January 20, 23, 24, and 26, 2023 and February 6, 2023.

WHEREAS, the Complaint asserts claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, as of the date of this filing, the parties are aware that one or more of the Stipulating Defendants are named in multiple other lawsuits, in District Courts in Arizona, California, Colorado, the District of Columbia, Florida, Massachusetts, Tennessee, Texas, and other cases in Washington, asserting claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, on January 4, 2023, certain Stipulating Defendants and defendants named in other actions filed a motion pursuant to 28 U.S.C. §1407 before the U.S. Judicial Panel on Multidistrict Litigation to transfer this case and others to the U.S. District Court for the Northern District of Texas for consolidated pretrial proceedings;

WHEREAS, Plaintiffs and the Stipulating Defendants have conferred and agreed that party and judicial efficiency would be best served by suspending, for a short period of time, the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint.

WHEREAS, similar orders have been entered in other related cases subject to Defendants' MDL Petition, including: *Weaver v. RealPage, Inc. et al.*, No. 1:22-cv-03224 (D. Colo.), *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552 (W.D. Wash.), *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*,

No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.);

WHEREAS, Plaintiffs and the Stipulating Defendants have conferred and agree that the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint should be suspended and should be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.).

WHEREAS, Plaintiffs and the Stipulating Defendants have agreed to file a joint status report with the Court by April 21, 2023.

In making this stipulation, the Stipulating Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8, including defenses based on class action waivers; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives, including to seek arbitration. The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

THEREFORE, Plaintiffs and the Stipulating Defendants stipulate and agree to suspend the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

STIPULATED to this 10th day of February, 2023.

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01743
3

Case 3:23-cv-00336    Document 34    Filed 02/13/23    Page 3 of 8 PageID #: 146

We certify that this memorandum contains 2,001 words, in compliance with the Local Civil Rules.

| | |
|---|---|
| /s/ *Steve W. Berman* | /s/ *Heidi Bradley* |
| Steve W. Berman (WSB No. 12536) | Heidi Bradley (WSBA No. 35759) |
| steve@hbsslaw.com | hbradley@bradleybernsteinllp.com |
| Breanna Van Engelen (WSB No. 49213) | BRADLEY BERNSTEIN SANDS LLP |
| breannav@hbsslaw.com | 113 Cherry Street, PMB 62056 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Seattle, Washington 98104-2205 |
| 1301 Second Avenue, Suite 2000 | |
| Seattle, WA 98101 | Darin Sands (WSBA No. 35865) |
| Telephone: (206) 623-7292 | dsands@bradleybernsteinllp.com |
| | BRADLEY BERNSTEIN SANDS LLP |
| *Counsel for Plaintiffs Christopher Bohn, Cameron Pond, and Destinee Sanders Individually and on Behalf of All Others Similarly Situated* | 1425 SW 20th Ave., Suite 201 |
| | Portland, OR 97201 |
| | |
| | /s/ *Stephen Weissman* |
| | Stephen Weissman (*pro hac vice* forthcoming) |
| /s/ *Michael M. Maddigan* | sweissman@gibsondunn.com |
| Michael M. Maddigan (*pro hac vice* forthcoming) | Michael J. Perry (*pro hac vice* forthcoming) |
| michael.maddigan@hoganlovells.com | mjperry@gibsondunn.com |
| Vassi Iliadis (*pro hac vice* forthcoming) | GIBSON, DUNN & CRUTCHER LLP |
| vassi.iliadis@hoganlovells.com | 1050 Connecticut Avenue, NW |
| HOGAN LOVELLS US LLP | Washington, DC 20036 |
| 1999 Avenue of the Stars, Suite 1400 | Telephone: (202) 955-8678 |
| Los Angeles, CA 90067 | |
| Telephone: (310) 785-4727 | Jay Srinivasan (*pro hac vice* forthcoming) |
| | jsrinivasan@gibsondunn.com |
| William L. Monts, III (*pro hac vice* forthcoming) | Daniel G. Swanson (*pro hac vice* forthcoming) |
| william.monts@hoganlovells.com | dswanson@gibsondunn.com |
| Benjamin F. Holt (*pro hac vice* forthcoming) | GIBSON, DUNN & CRUTCHER LLP |
| benjamin.holt@hoganlovells.com | 333 South Grand Avenue |
| HOGAN LOVELLS US LLP | Los Angeles, CA 90071 |
| 555 Thirteenth Street, NW | Telephone: (213) 229-7430 |
| Washington, DC 20004 | |
| Telephone: (202) 637-6440 | Ben A. Sherwood (*pro hac vice* forthcoming) |
| | bsherwood@gibsondunn.com |
| *Counsel for Defendant Greystar Real Estate Partners, LLC* | GIBSON, DUNN & CRUTCHER LLP |
| | 200 Park Avenue |
| | New York, NY 10166 |
| /s/ *Gregory J. Casas* | Telephone: (212) 351-2671 |
| Gregory J. Casas (*pro hac vice* forthcoming) | |

| | |
|---|---|
| casasg@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>300 West 6th Street, Suite 2050<br>Austin, TX 78701-4052<br>Telephone: (512) 320-7200<br><br>Robert J. Herrington (*pro hac vice* forthcoming)<br>HerringtonR@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: (310) 586-7700<br><br>Becky L. Caruso (*pro hac vice* forthcoming)<br>carusob@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>Telephone: (609) 442-1196<br><br>*Counsel for Defendant Lincoln Property Co.*<br><br>/s/ Britt M. Miller<br>Britt M. Miller (*pro hac vice* forthcoming)<br>bmiller@mayerbrown.com<br>Daniel T. Fenske (*pro hac vice* forthcoming)<br>dfenske@mayerbrown.com<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 6006<br>Telephone: (312) 701-8663<br><br>*Counsel for Defendant Mid-America Apartment Communities, Inc.*<br><br>/s/ Lynn H. Murray<br>Lynn H. Murray (*pro hac vice* forthcoming)<br>lhmurray@shb.com<br>SHOOK HARDY & BACON L.L.P.<br>111 S. Wacker Dr., Suite 4700<br>Chicago, IL 60606<br>Telephone: (312) 704-7766<br><br>Ryan Sandrock (*pro hac vice* forthcoming)<br>rsandrock@shb.com<br>SHOOK HARDY & BACON L.L.P. | *Counsel for Defendant RealPage, Inc.*<br><br>/s/ Maren R. Norton<br>Maren R. Norton (WSBA No. 35435)<br>maren.norton@stoel.com<br>STOEL RIVES LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: (206) 624-0900<br><br>Charles H. Samel (*pro hac vice* forthcoming)<br>charles.samel@stoel.com<br>Edward C. Duckers (*pro hac vice* forthcoming)<br>ed.duckers@stoel.com<br>STOEL RIVES LLP<br>1 Montgomery Street, Suite 3230<br>San Francisco, CA 94104<br>Telephone: (415) 617-8900<br><br>George A. Guthrie (*pro hac vice* forthcoming)<br>gguthrie@wilkefleury.com<br>WILKE FLEURY LLP<br>621 Capitol Mall, Suite 900<br>Sacramento, CA 95814<br>Telephone: (916) 441-2430<br><br>*Counsel for Defendant FPI Management, Inc.*<br><br>/s/ Carl W. Hittinger<br>Carl W. Hittinger (*pro hac vice*)<br>chittinger@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>1735 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>Telephone: (215) 564-2898<br><br>Curt Roy Hineline (WSBA No. 16317)<br>chineline@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>999 Third Avenue, Suite 3900<br>Seattle, WA 98104-4040<br>Telephone: (206) 332-1380 |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01743
5

| | |
|---|---|
| 555 Mission Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 544-1944 | *Counsel for Defendant Equity Residential*<br><br>*/s/ Leo D. Caseria*<br>Leo D. Caseria (*pro hac vice* forthcoming) |
| Laurie A. Novion (*pro hac vice* forthcoming)<br>lnovion@shb.com<br>SHOOK HARDY & BACON L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Telephone: (816) 559-2352 | lcaseria@sheppardmullin.com<br>Helen C. Eckert (WSBA No. 52405)<br>heckert@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>2099 Pennsylvania Avenue, NW, Suite 100<br>Washington, DC, 20006<br>Telephone: (202) 747-1925 |
| Hunter K. Ahern (WSBA No. 54489)<br>hahern@shb.com<br>SHOOK HARDY & BACON L.L.P.<br>701 5th Avenue, Suite 6800<br>Seattle, WA 98104<br>Telephone: (206) 344-7600 | */s/ Arman Oruc*<br>Arman Oruc (*pro hac vice* forthcoming)<br>aoruc@goodwinlaw.com<br>Goodwin Procter LLP<br>1900 N Street, NW<br>Washington, DC 20036<br>Telephone: (202) 346-4000 |
| *Counsel for Defendant Camden Property Trust*<br><br>*/s/ Benjamin I. VandenBerghe*<br>Benjamin I. VandenBerghe (WSBA No. 35477)<br>biv@montgomerypurdue.com<br>Kaya R. Lurie (WSBA No. 51419)<br>klurie@montgomerypurdue.com<br>MONTGOMERY PURDUE PLLC<br>701 Fifth Avenue, Suite 5500<br>Seattle, Washington 98104-7096 | *Counsel for Defendant Essex Property Trust, Inc.*<br><br>*/s/ J. Dino Vasquez*<br>J. Dino Vasquez (WSBA No. 25533)<br>dvasquez@karrtuttle.com<br>KARR TUTTLE CAMPBELL<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Telephone: (206) 224-8023 |
| *Counsel for Defendant Thrive Communities Management, LLC*<br><br>*/s/ Barbara T. Sicalides*<br>Barbara T. Sicalides (*pro hac vice* forthcoming)<br>barbara.sicalides@troutman.com<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>3000 Two Logan Square<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4783 | *Counsel for Defendant Security Properties Inc.*<br><br>*/s/ Danny David*<br>Danny David (*pro hac vice* forthcoming)<br>danny.david@bakerbotts.com<br>BAKER BOTTS<br>910 Louisiana Street<br>Houston, TX 77002-4995<br>Telephone: (713) 229-1234 |
| Kasia Hebda (*pro hac vice* forthcoming)<br>kasia.hebda@troutman.com<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>600 Peachtree Street, N.E., Suite 3000<br>Atlanta, GA 30308 | James Kress (*pro hac vice* forthcoming)<br>james.kress@bakerbotts.com<br>Paul Cuomo (*pro hac vice* forthcoming)<br>paul.cuomo@bakerbotts.com |

Telephone: (404) 885-3665

*Counsel for Defendant Independence Realty Trust, Inc.*

/s/ Matt T. Adamson
Matt T. Adamson (WSBA No. 31731)
JAMESON PEPPLE CANTU PLLC
madamson@jpclaw.com
801 Second Avenue, Suite 700
Seattle, WA 98104
Telephone: (206) 292-1994

*Counsel for Defendant B/T Washington, LLC d/b/a Blanton Turner*

BAKER BOTTS
700 K Street, N.W.
Washington, DC 20001-5692
Telephone: (202) 639-7700

*Counsel for Defendant Avenue5 Residential, LLC*

# ORDER

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., FPI Management, Inc., Mid-America Apartment Communities, Inc., Avenue5 Residential, LLC, Equity Residential, Camden Property Trust, Essex Property Trust, Inc., Thrive Communities Management, LLC, Security Properties Inc., B/T Washington, LLC d/b/a Blanton Turner, and Independence Realty Trust, Inc. to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended and shall be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.).

Plaintiffs and Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., FPI Management, Inc., Mid-America Apartment Communities, Inc., Avenue5 Residential, LLC, Equity Residential, Camden Property Trust, Essex Property Trust, Inc., Thrive Communities Management, LLC, Security Properties Inc., B/T Washington, LLC d/b/a Blanton Turner, and Independence Realty Trust, Inc. shall file a joint status report with the Court by April 21, 2023.

Dated this 13th day of February, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge